```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 07 B 12390
   WILLIAM SHERMAN
   PENELOPE F SHERMAN                       CHAPTER 13

                                            JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-2493    SSN XXX-XX-7389


-----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 07/11/07 and confirmed on 10/03/07.

     2.  The case was converted to Chapter 7 after confirmation, 12/02/2008.

     3.  The Debtor paid a total of $   7818.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITI RESIDENTIAL LENDING | CURRENT MORTG | .00 | .00 | .00 |
| CITI RESIDENTIAL LENDING | MORTGAGE ARRE | 4899.36 | .00 | 4899.36 |
| AT & T | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 667.53 | .00 | .00 |
| CENTRAL CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| BANK ONE/JPM CHASE | UNSECURED | 1220.23 | .00 | .00 |
| COMED | UNSECURED | 824.52 | .00 | .00 |
| DIRECT TV | UNSECURED | NOT FILED | .00 | .00 |
| DISH NETWORK | UNSECURED | 311.72 | .00 | .00 |
| EBAY | UNSECURED | NOT FILED | .00 | .00 |
| FIRST EXPRESS | UNSECURED | 586.04 | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 439.09 | .00 | .00 |
| MILLENIUM CREDIT CONSULT | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 719.71 | .00 | .00 |
| NISSAN MOTOR ACCEPTANCE | UNSECURED | NOT FILED | .00 | .00 |
| ASPIRE VISA | UNSECURED | 1149.62 | .00 | .00 |
| PROGRESSIVE MANAGMENT SY | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 2087.79 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| OLD SECOND NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 1054.56 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1625.15 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED - C | .00 | .00 | .00 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 1276.97 | .00 | .00 |
| B REAL LLC | UNSECURED | 1263.24 | .00 | .00 |

Summary of disbursements:

```
-------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED         OTHER       TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  4899.36           .00     13226.17           .00    18125.53
PRINCIPAL PAID      4899.36           .00          .00           .00     4899.36
INTEREST PAID           .00           .00          .00           .00         .00
TOTAL PAID          4899.36           .00          .00           .00     4899.36
```

The Debtor's attorney, PATRICK A MESZAROS         , was allowed $   3500.00
and was paid $   1000.00  direct and $   2500.00  through the plan.

The Trustee received $    418.64 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 02/18/09                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE