**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: SHERMAN, WILLIAM | § | Case No. 07-12390-BWB |
| SHERMAN, PENELOPE | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 02, 2008. The undersigned trustee was appointed on December 11, 2008.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $      50,000.00

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 9,975.61 |
| Administrative expenses | 20,204.08 |
| Bank service fees | 272.59 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 5,024.39 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 14,523.33 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

      6. The deadline for filing non-governmental claims in this case was 07/02/2009 and the deadline for filing governmental claims was 07/02/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,247.56. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $5,247.56, for a total compensation of $5,247.56.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/04/2014      By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 07-12390-BWB  
**Case Name:** SHERMAN, WILLIAM  
SHERMAN, PENELOPE  
**Period Ending:** 09/04/14

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 12/02/08 (c)  
**§341(a) Meeting Date:** 01/15/09  
**Claims Bar Date:** 07/02/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 237 HALLER AVENUE, ROMEOVILLE, IL | 210,000.00 | 0.00 | | 0.00 | FA |
| 2 | CHECKING ACCOUNT | 650.00 | 0.00 | | 0.00 | FA |
| 3 | FURNITURE | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 5 | PI CASE | Unknown | 35,000.00 | | 50,000.00 | FA |
| 6 | 2000 MERCURY MOUNTAINEER | 8,000.00 | 0.00 | | 0.00 | FA |
| 6 | Assets  Totals (Excluding unknown values) | **$221,150.00** | **$35,000.00** | | **$50,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

APRIL 3, 2009 SPECIAL COUNSEL EMPLOYED TO PURSUE PI CASE; WAITING FOR SETTLEMENT FUNDS TO CLOSE CASE; NOVEMBER 11, 2013 SETTLEMENT FUNDS RECEIVED.  NOVEMBER 26, 2013 PAYMENT TO LIEN HOLDERS WERE ISSUED; RESOLVING CLAIM ISSUES; FINAL REPORT TO FOLLOW

**Initial Projected Date Of Final Report (TFR):**    December 31, 2010    **Current Projected Date Of Final Report (TFR):**    December 31, 2014

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 07-12390-BWB  
**Case Name:** SHERMAN, WILLIAM  
SHERMAN, PENELOPE  
**Taxpayer ID #:** **-***0251  
**Period Ending:** 09/04/14

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2366 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/11/13 | {5} | AMERICAN FAMILY INSURANCE | SETTLEMENT FUNDS | 1142-000 | 50,000.00 | | 50,000.00 |
| 11/26/13 | 101 | RATHBUN CSERVENYAK & KOZOL, LLC | FEES TO SPECIAL COUNSEL | 3210-600 | | 20,191.76 | 29,808.24 |
| 11/26/13 | 102 | PENNY SHERMAN | EXEMPTION TO DEBTOR AFTER PAYMENT OF LIENS | 8100-002 | | 5,024.39 | 24,783.85 |
| 11/26/13 | 103 | PRACTICE ALTERNATIVES | PAYMENT OF LIEN/ADVANCED HEALTH MED GRP/ZENITH MEDICAL MGMT | 4210-000 | | 1,556.97 | 23,226.88 |
| 11/26/13 | 104 | EMPOWER PHYSICAL THERAPY | PAYMENT OF LIEN | 4210-000 | | 3,047.20 | 20,179.68 |
| 11/26/13 | 105 | DR GARETH TRICHARDT | PAYMENT OF LIEN | 4210-000 | | 514.92 | 19,664.76 |
| 11/26/13 | 106 | ILLINOIS DEPT OF HEALTHCARE AND FAMILY SERVICES | PAYMENT OF LIEN - CASE NO 94-107-0000130595 | 4210-000 | | 870.92 | 18,793.84 |
| 11/26/13 | 107 | MSPRC | PAYMENT OF LIEN - MEDICARE #345627389A/CASE ID 201306609000042 | 4210-000 | | 2,485.60 | 16,308.24 |
| 11/26/13 | 108 | STATE FARM INSURANCE | PAYMENT OF LIEN | 4210-000 | | 1,500.00 | 14,808.24 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.95 | 14,772.29 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.49 | 14,716.80 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.16 | 14,686.64 |
| 02/03/14 | 109 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2013 FOR CASE #07-12390, BOND#016026455 | 2300-000 | | 12.32 | 14,674.32 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.72 | 14,652.60 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.31 | 14,630.29 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.44 | 14,607.85 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.00 | 14,586.85 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.27 | 14,566.58 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.04 | 14,543.54 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.21 | 14,523.33 |
| | | | **ACCOUNT TOTALS** | | 50,000.00 | 35,476.67 | **$14,523.33** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 50,000.00 | 35,476.67 | |
| | | | Less: Payments to Debtors | | | 5,024.39 | |
| | | | **NET Receipts / Disbursements** | | **$50,000.00** | **$30,452.28** | |

{} Asset reference(s)                                                                                              Printed: 09/04/2014 01:45 PM   V.13.15

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 07-12390-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | SHERMAN, WILLIAM | | Bank Name: | Rabobank, N.A. |
| | SHERMAN, PENELOPE | | Account: | ******2366 - Checking Account |
| Taxpayer ID #: | **-***0251 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 09/04/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

```
              Net Receipts :        50,000.00
     Less Payments to Debtor :       5,024.39
                                 _____
              Net Estate :         $44,975.61
```

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ******2366 | 50,000.00 | 30,452.28 | 14,523.33 |
| | $50,000.00 | $30,452.28 | $14,523.33 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 2, 2009

**Case Number:** 07-12390-BWB  
**Debtor Name:** SHERMAN, WILLIAM

Page: 1

**Date:** September 4, 2014  
**Time:** 01:45:45 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 200 | THOMAS B. SULLIVAN, TRUSTEE<br>105 W Madison<br>Suite 1500<br>Chicago, IL 60602 | Admin Ch. 7 | | $5,247.56 | $0.00 | 5,247.56 |
| ADMIN2<br>200 | Law Offices of William J. Factor<br>105 W. Madison<br>Suite 1500<br>Chicago, IL 60602 | Admin Ch. 7 | | $1,300.00 | $0.00 | 1,300.00 |
| 6<br>560 | Nissan - Infiniti LT<br>P O Box 660366<br>Dallas, TX 75266-0366 | Secured | DISALLOWED | $0.00 | $0.00 | 0.00 |
| 7<br>560 | Citi Res Lending Inc servicer for Deutsche Bank<br>P.O. Box 769<br>Orange, CA 92866 | Secured | DISALLOWED | $0.00 | $0.00 | 0.00 |
| 16S<br>560 | Wells Fargo Financial National Bank<br>Central Processing<br>4137 121st st<br>Urbandale, IA 50323 | Secured | WITHDRAWN | $0.00 | $0.00 | 0.00 |
| 1<br>610 | WELLS FARGO FINANCIAL ILLINOIS, INC.<br>4137 121ST ST<br>URBANDALE, IA 50323 | Unsecured | | $1,054.56 | $0.00 | 1,054.56 |
| 2<br>610 | Charming Shoppes/Fashion Bug<br>c/o First Express<br>Po Box 856021<br>Louisville, KY 40285 | Unsecured | | $586.04 | $0.00 | 586.04 |
| 3<br>610 | Capital One Bank<br>C/o TSYS Debt Management<br>PO Box 5155<br>Norcross, GA 30091 | Unsecured | | $667.53 | $0.00 | 667.53 |
| 4<br>610 | Capital One Bank<br>C/o TSYS Debt Management<br>PO Box 5155<br>Norcross, GA 30091 | Unsecured | | $1,625.15 | $0.00 | 1,625.15 |
| 5<br>610 | Capital One Bank<br>C/o TSYS Debt Management<br>PO Box 5155<br>Norcross, GA 30091 | Unsecured | WITHDRAWN | $0.00 | $0.00 | 0.00 |
| 8<br>610 | Dish Network<br>Attn: Melinda Feagans<br>P O Box 6633<br>Englewood, CO 80112 | Unsecured | | $311.72 | $0.00 | 311.72 |
| 9<br>610 | B-Real, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured | | $1,263.24 | $0.00 | 1,263.24 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 2, 2009

**Case Number:** 07-12390-BWB  
**Debtor Name:** SHERMAN, WILLIAM

Page: 2

**Date:** September 4, 2014  
**Time:** 01:45:45 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 10 610 | CHASE BANK, USA, N.A.<br>PO BOX 100018<br>KENNESAW, GA 30156-9104 | Unsecured | | $1,329.74 | $0.00 | 1,329.74 |
| 11 610 | ComEd Company<br>Attn Revenue Management Dept<br>2100 Swift Drive<br>Oak Brook, IL 60523 | Unsecured | | $824.52 | $0.00 | 824.52 |
| 12 610 | State Farm Bank<br>c/o Becket and Lee LLP<br>P O Box 3001<br>Malvern, PA 19355 | Unsecured | | $2,087.79 | $0.00 | 2,087.79 |
| 13 610 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999,ST CLOUD MN 56302<br>Claimant History | Unsecured | | $1,149.62 | $0.00 | 1,149.62 |
| 14 610 | eCAST Settlement Corporation<br>POB 35480,Newark NJ 07193-5480<br>Claimant History | Unsecured | | $439.09 | $0.00 | 439.09 |
| 15 610 | NICOR<br>Attention Bankruptcy Dept.<br>P.O. Box 549<br>Aurora, IL 60568-0001 | Unsecured | | $719.71 | $0.00 | 719.71 |
| 16U 610 | Wells Fargo Financial National Bank<br>Central Processing<br>4137 121st st<br>Urbandale, IA 50323 | Unsecured | WITHDRAWN | $0.00 | $0.00 | 0.00 |
| 17 610 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured | | $609.65 | $0.00 | 609.65 |
| 18 610 | The Old Second National Bank<br>37 S. River St.<br>Aurora, IL 60506 | Unsecured | | $218.15 | $0.00 | 218.15 |
| 19 610 | Verizon Wireless<br>PO Box 3397<br>Bloomington, IL 61702 | Unsecured | | $1,099.53 | $0.00 | 1,099.53 |
| **<< Totals >>** | | | | 20,533.60 | 0.00 | 20,533.60 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 07-12390-BWB
Case Name: SHERMAN, WILLIAM
Trustee Name: THOMAS B. SULLIVAN, TRUSTEE

**Balance on hand:** $ 14,523.33

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 14,523.33

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 5,247.56 | 0.00 | 5,247.56 |
| Attorney for Trustee, Fees - Law Offices of William J. Factor | 1,300.00 | 0.00 | 1,300.00 |

Total to be paid for chapter 7 administration expenses: $ 6,547.56
Remaining balance: $ 7,975.77

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 7,975.77

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

|                                  |                        |
| -------------------------------- | ---------------------: |
| Total to be paid for priority claims: | $         0.00    |
| Remaining balance:               | $         7,975.77     |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,986.04 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 57.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
| --- | --- | ---: | ---: | ---: |
| 1 | WELLS FARGO FINANCIAL ILLINOIS, INC. | 1,054.56 | 0.00 | 601.38 |
| 2 | Charming Shoppes/Fashion Bug | 586.04 | 0.00 | 334.20 |
| 3 | Capital One Bank | 667.53 | 0.00 | 380.67 |
| 4 | Capital One Bank | 1,625.15 | 0.00 | 926.77 |
| 8 | Dish Network | 311.72 | 0.00 | 177.76 |
| 9 | B-Real, LLC | 1,263.24 | 0.00 | 720.38 |
| 10 | CHASE BANK, USA, N.A. | 1,329.74 | 0.00 | 758.31 |
| 11 | ComEd Company | 824.52 | 0.00 | 470.20 |
| 12 | State Farm Bank | 2,087.79 | 0.00 | 1,190.60 |
| 13 | JEFFERSON CAPITAL SYSTEMS LLC | 1,149.62 | 0.00 | 655.59 |
| 14 | eCAST Settlement Corporation | 439.09 | 0.00 | 250.40 |
| 15 | NICOR | 719.71 | 0.00 | 410.43 |
| 17 | Roundup Funding, LLC | 609.65 | 0.00 | 347.66 |
| 18 | The Old Second National Bank | 218.15 | 0.00 | 124.40 |
| 19 | Verizon Wireless | 1,099.53 | 0.00 | 627.02 |

|                                                      |                    |
| ---------------------------------------------------- | -----------------: |
| Total to be paid for timely general unsecured claims: | $     7,975.77 |
| Remaining balance:                                   | $         0.00     |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:    $             0.00
Remaining balance:                                       $             0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $             0.00
Remaining balance:                         $             0.00

**UST Form 101-7-TFR (05/1/2011)**