**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: SHERMAN, WILLIAM | § | Case No. 07-12390-BWB |
|       SHERMAN, PENELOPE | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

     Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>THOMAS B. SULLIVAN, TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  219 S Dearborn Street
  Chicago, IL  60604

     Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:00am on 11/14/2014 in Courtroom            , United States Courthouse,
150 W Jefferson Street
Second Floor
Joliet, IL
.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  10/14/2014          By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                                                                                                                             Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL  60602
(312) 878-4802

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: SHERMAN, WILLIAM | § | Case No. 07-12390-BWB |
| SHERMAN, PENELOPE | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 50,000.00 |
| *and approved disbursements of* | $ 35,476.67 |
| *leaving a balance on hand of* [1] | $ 14,523.33 |
| **Balance on hand:** | $ 14,523.33 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 14,523.33 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 5,247.56 | 0.00 | 5,247.56 |
| Attorney for Trustee, Fees - Law Offices of William J. Factor | 1,300.00 | 0.00 | 1,300.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 6,547.56 |
| Remaining balance: | $ 7,975.77 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 7,975.77

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 7,975.77

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,986.04 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 57.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | WELLS FARGO FINANCIAL ILLINOIS, INC. | 1,054.56 | 0.00 | 601.38 |
| 2 | Charming Shoppes/Fashion Bug | 586.04 | 0.00 | 334.20 |
| 3 | Capital One Bank | 667.53 | 0.00 | 380.67 |
| 4 | Capital One Bank | 1,625.15 | 0.00 | 926.77 |
| 8 | Dish Network | 311.72 | 0.00 | 177.76 |
| 9 | B-Real, LLC | 1,263.24 | 0.00 | 720.38 |
| 10 | CHASE BANK, USA, N.A. | 1,329.74 | 0.00 | 758.31 |
| 11 | ComEd Company | 824.52 | 0.00 | 470.20 |
| 12 | State Farm Bank | 2,087.79 | 0.00 | 1,190.60 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 13 | JEFFERSON CAPITAL SYSTEMS LLC | 1,149.62 | 0.00 | 655.59 |
| 14 | eCAST Settlement Corporation | 439.09 | 0.00 | 250.40 |
| 15 | NICOR | 719.71 | 0.00 | 410.43 |
| 17 | Roundup Funding, LLC | 609.65 | 0.00 | 347.66 |
| 18 | The Old Second National Bank | 218.15 | 0.00 | 124.40 |
| 19 | Verizon Wireless | 1,099.53 | 0.00 | 627.02 |

Total to be paid for timely general unsecured claims: $ 7,975.77
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL  60602
(312) 878-4802

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                           United States Bankruptcy Court
                            Northern District of Illinois

In re:                                                         Case No. 07-12390-BWB
William D. Sherman                                             Chapter 7
Penelope F. Sherman
       Debtors                    CERTIFICATE OF NOTICE
District/off: 0752-1          User: ahamilton               Page 1 of 2                  Date Rcvd: Oct 15, 2014
                              Form ID: pdf006               Total Noticed: 57


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2014.
db/jdb         +William D. Sherman,   Penelope F. Sherman,    237 Haller Ave.,   Romeoville, IL 60446-1719
aty            +Grochocinski Grochocinski & Lloyd Ltd,   1900 Ravinia Place,   Orland Park, IL 60462-3760
11474865        AMC Mortgage Services,   PO Box 5926,   Carol Stream, IL 60197-5926
11499010       +AMC Mtg. Srvces servicer for Argent Mtg. Co.,   c/o Buchalter Nemer,
                 18400 Von Karman Ave #800,   Irvine, CA 92612-0514
11474866       +AT&T,   P.O. Box 105686,   Atlanta, GA 30348-5686
12926638       +Bur Col Reco,   7575 Corporate Way,   Eden Prairie, MN 55344-2022
11491506      ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank,   C/o TSYS Debt Management,   PO Box 5155,
                 Norcross, GA 30091)
12926652       +CDA Pontiac,   415 E Main,   Streator, IL 61364-2927
11545233       +CHASE BANK, USA, N.A.,   PO BOX 100018,   KENNESAW, GA 30156-9204
12926639       +Cab Serv,   60 Barney Dr,   Joliet, IL 60435-6402
13652320       +Cap One,   P O Box 30281,   Salt lake City, UT 84130-0281
11474867        Capital One Bank,   P.O. Box 60024,   City Of Industry, CA 91716-0024
11474868       +Central Credit Services, Inc.,   P.O. Box 15118,   Jacksonville, FL 32239-5118
11486906       +Charming Shoppes/Fashion Bug,   c/o First Express,   Po Box 856021,   Louisville, KY 40285-6021
22328635        Chase Bank USA, N.A.,   Attn: Correspondence Dept.,   Po Box 15298,   Wilmington, DE 19850-5298
11474869        Chase Cardmember Service,   P.O. Box 100043,   Kennesaw, GA 30156-9243
12139698       +Citi Res Lending Inc servicer for Deutsche Bank,   P.O. Box 769,   Orange, CA 92856-6769
11474871      ++DIRECTV LLC,   ATTN BANKRUPTCIES,   PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
               (address filed with court: Direct TV,   PO Box 78626,   Phoenix, AZ 85062-8626)
12926654       +Debt Rec Sol,   900 Merchants Conc,   Westbury, NY 11590-5142
13652322       +DirectTV,   NCO,   507 Prudential Rd,   Horsham, PA 19044-2368
12926662        Dish Network,   Dept 0063,   Palatine, IL 60055-0063
11474872       +Dish Network,   Attn: Melinda Feagans,   P O Box 6633,   Englewood, CO 80155-6633
13652323       +EBay Inc,   I C Systems Inc,   444 Highway 96 East,   P O Box 64887,
                 Saint Paul, MN 55164-0887
11474874        Fashion Bug,   P.O. Box 84073,   Columbus, GA 31908-4073
11474875        First Premier Bank,   PO Box 5147,   Sioux Falls, SD 57117-5147
11474876        HSBC Auto Finance,   P.O. Box 88000,   Baltimore, MD 21288-0001
11699374        HSBC Bank Nevada NA / HSBC Card Services III,   by eCAST Settlement Corporation,   as its agent,
                 POB 35480,   Newark NJ 07193-5480
11474878       +KCA Financial,   628 North St.,   P.O. Box 53,   Geneva, IL 60134-0053
12926663       +Merchants Cr,   223 W Jackson St,   Chicago, IL 60606-6908
11474879       +Millennium Credit Consultants,   PO Box 18160,   Saint Paul, MN 55118-0160
11474882        Nissan - Infiniti LT,   P O Box 660366,   Dallas, TX 75266-0366
12926665        Nissan Motor Auto Corporation,   PO Box 0548,   Carol Stream, IL 60132-0548
11474883        Payment Processing- Tribute,   PO Box 136,   Newark, NJ 07101-0136
11474884       +Pierce & Associates PC,   One North Dearborn St.,   Suite 1300,   Chicago, IL 60602-4373
11474885       +Progressive Management Services,   1521 West Cameron Ave.,   PO Box 2220,
                 West Covina, CA 91793-2220
13652324       +Provena St Joseph Medical Ctr,   KCA Financial,   628 North ST,   P O Box 53,
                 Geneva, Il 60134-0053
11474886       +Provena St. Joseph Medical Ctr.,   333 North Madison St.,   Joliet, IL 60435-8233
11474887       +State Farm Bank,   c/o Becket and Lee LLP,   P O Box 3001,   Malvern PA 19355-0701
12926666        State Farm Bank,   PO Box 23025,   Columbus, GA 31902-3025
11474888       +The Old Second National Bank,   37 S. River St.,   Aurora, IL 60506-4172
12926667        Verizon,   Natinal Recovery D,   Folsom, CA 95630
11485060       +WELLS FARGO FINANCIAL ILLINOIS, INC.,   4137 121ST ST,   URBANDALE, IA 50323-2310
11474889        Wells Fargo Financial,   P.O. Box 98798,   Las Vegas, NV 89193-8798
11762100       +Wells Fargo Financial National Bank,   Central Processing,   4137 121st st,
                 Urbandale, IA 50323-2310
11823209        eCAST Settlement Corporation,   POB 35480,   Newark NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12926637       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 16 2014 01:15:42      AAC,   PO Box 2036,
                 28405 Van Dyke Road,   Warren, MI 48093-7132
11544590        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 16 2014 01:27:14      B-Real, LLC,
                 MS 550,   PO Box 91121,   Seattle, WA 98111-9221
11474870       +E-mail/Text: legalcollections@comed.com Oct 16 2014 01:16:36      ComEd Company,
                 Attn  Revenue Management Dept,   2100 Swift Drive,   Oak Brook, IL 60523-1559
13652321       +E-mail/Text: legalcollections@comed.com Oct 16 2014 01:16:36      Commonwealth Edison Company,
                 Attn Bankruptcy,   2100 Swift Center,   Oak Brook, Il 60523-1559
11474877       +E-mail/Text: bankruptcy@icsystem.com Oct 16 2014 01:16:27      I.C. Systems INc.,
                 444 Highway 96 East,   P.O. Box 64887,   Saint Paul, MN 55164-0887
16474997        E-mail/Text: jcap_bnc_notices@jeffersoncapitalinternational.com Oct 16 2014 01:16:09
                 JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   ST CLOUD MN 56302
11612158        E-mail/Text: jcap_bnc_notices@jeffersoncapitalinternational.com Oct 16 2014 01:16:09
                 Aspire VISA Gold,   P.O. Box 23051,   Columbus, GA 31902-3051
11474880       +E-mail/Text: bankruptcydepartment@ncogroup.com Oct 16 2014 01:16:04      NCO,
                 507 Prudential Rd.,   Horsham, PA 19044-2368
```

```
District/off: 0752-1           User: ahamilton              Page 2 of 2                   Date Rcvd: Oct 15, 2014
                               Form ID: pdf006              Total Noticed: 57

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
11474881         E-mail/Text: bankrup@aglresources.com Oct 16 2014 01:15:11      NICOR,
                  Attention Bankruptcy Dept.,    P.O. Box 549,    Aurora, IL 60568-0001
12926664        +E-mail/Text: bankrup@aglresources.com Oct 16 2014 01:15:11      Nicor Gas,   1844 Ferry Road,
                  Naperville, IL 60563-9600
13780536         E-mail/PDF: resurgentbknotifications@resurgent.com Oct 16 2014 01:26:55
                  Roundup Funding, LLC,    MS 550,    PO Box 91121,    Seattle, WA 98111-9221
11474873         E-mail/Text: jstauffe_BK@ebay.com Oct 16 2014 01:15:38      ebay, Inc.,   PO Box 2179,
                  Carol Stream, IL 60132-2179
                                                                                              TOTAL: 12

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14099781      ##+Verizon Wireless,    PO Box 3397,    Bloomington, IL 61702-3397
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2014                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 14, 2014 at the address(es) listed below:
              David E Grochocinski    on behalf of Trustee Thomas B Sullivan lawyers@innovalaw.com,
               lawyers@innovalaw.com
              David P Lloyd    on behalf of Trustee Thomas B Sullivan courtdocs@davidlloydlaw.com
              John F. Torres    on behalf of Creditor    Nissan Motor Acceptance Corporation jftlaw@earthlink.net
              Kathleen M. McGuire    on behalf of Trustee Thomas B Sullivan kmcguire@innovalaw.com,
               kmmcguirelaw@sbcglobal.net,lawyers@innovalaw.com,khubert@innovalaw.com
              Michael J Halpin    on behalf of Creditor    Ameriquest Mortgage Company mhalpin@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Patrick A Meszaros    on behalf of Joint Debtor Penelope F. Sherman patrickmeszaros@yahoo.com
              Patrick A Meszaros    on behalf of Debtor William D. Sherman patrickmeszaros@yahoo.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas B Sullivan    tsullivan@wfactorlaw.com,    IL19@ecfcbis.com;gsullivan@ecf.inforuptcy.com
              Timothy R Yueill    on behalf of Creditor    Citi Residential Lending, Inc. timothyy@nevellaw.com
                                                                                              TOTAL: 10
```