**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: SHERMAN, WILLIAM | § | Case No. 07-12390-BWB |
| SHERMAN, PENELOPE | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

  THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $221,150.00          Assets Exempt: $44,650.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $17,951.38     Claims Discharged
                                                Without Payment: $6,010.27

Total Expenses of Administration: $27,024.23

---

  3) Total gross receipts of $   50,000.00   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   5,024.39   (see **Exhibit 2**), yielded net receipts of $44,975.61 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $222,536.22 | $9,975.61 | $9,975.61 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 27,024.23 | 27,024.23 | 27,024.23 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 15,490.97 | 13,986.04 | 7,975.77 |
| **TOTAL DISBURSEMENTS** | $0.00 | $265,051.42 | $50,985.88 | $44,975.61 |

  4) This case was originally filed under Chapter 7 on December 02, 2008. The case was pending for 77 months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/16/2015  By: /s/THOMAS B. SULLIVAN, TRUSTEE
         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| PI CASE | 1142-000 | 50,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$50,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| PENNY SHERMAN | EXEMPTION TO DEBTOR AFTER PAYMENT OF LIENS | 8100-002 | 5,024.39 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$5,024.39** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Nissan - Infiniti LT | 4210-000 | N/A | 9,802.64 | 0.00 | 0.00 |
| 7 | Citi Res Lending Inc servicer for Deutsche Bank | 4110-000 | N/A | 202,260.81 | 0.00 | 0.00 |
| 16S | Wells Fargo Financial National Bank | 4110-000 | N/A | 497.16 | 0.00 | 0.00 |
|  | PRACTICE ALTERNATIVES | 4210-000 | N/A | 1,556.97 | 1,556.97 | 1,556.97 |
|  | EMPOWER PHYSICAL THERAPY | 4210-000 | N/A | 3,047.20 | 3,047.20 | 3,047.20 |
|  | DR GARETH TRICHARDT | 4210-000 | N/A | 514.92 | 514.92 | 514.92 |
|  | ILLINOIS DEPT OF HEALTHCARE AND FAMILY SERVICES | 4210-000 | N/A | 870.92 | 870.92 | 870.92 |
|  | MSPRC | 4210-000 | N/A | 2,485.60 | 2,485.60 | 2,485.60 |
|  | STATE FARM INSURANCE | 4210-000 | N/A | 1,500.00 | 1,500.00 | 1,500.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$222,536.22** | **$9,975.61** | **$9,975.61** |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 5,247.56 | 5,247.56 | 5,247.56 |
| Law Offices of William J. Factor | 3210-000 | N/A | 1,300.00 | 1,300.00 | 1,300.00 |
| RATHBUN CSERVENYAK & KOZOL, LLC | 3210-600 | N/A | 20,191.76 | 20,191.76 | 20,191.76 |
| Rabobank, N.A. | 2600-000 | N/A | 35.95 | 35.95 | 35.95 |
| Rabobank, N.A. | 2600-000 | N/A | 55.49 | 55.49 | 55.49 |
| Rabobank, N.A. | 2600-000 | N/A | 30.16 | 30.16 | 30.16 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 12.32 | 12.32 | 12.32 |
| Rabobank, N.A. | 2600-000 | N/A | 21.72 | 21.72 | 21.72 |
| Rabobank, N.A. | 2600-000 | N/A | 22.31 | 22.31 | 22.31 |
| Rabobank, N.A. | 2600-000 | N/A | 22.44 | 22.44 | 22.44 |
| Rabobank, N.A. | 2600-000 | N/A | 21.00 | 21.00 | 21.00 |
| Rabobank, N.A. | 2600-000 | N/A | 20.27 | 20.27 | 20.27 |
| Rabobank, N.A. | 2600-000 | N/A | 23.04 | 23.04 | 23.04 |
| Rabobank, N.A. | 2600-000 | N/A | 20.21 | 20.21 | 20.21 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $27,024.23 | $27,024.23 | $27,024.23 |

# EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

# EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Clerk Of The U.S. Bankruptcy Court - WELLS FARGO | 7100-001 | N/A | 1,054.56 | 1,054.56 | 601.38 |
| 2 | Clerk Of The U.S. Bankruptcy Court - Charming | 7100-001 | N/A | 586.04 | 586.04 | 334.20 |
| 3 | Capital One Bank | 7100-000 | N/A | 667.53 | 667.53 | 380.67 |
| 4 | Capital One Bank | 7100-000 | N/A | 1,625.15 | 1,625.15 | 926.77 |
| 5 | Capital One Bank | 7100-000 | N/A | 725.12 | 0.00 | 0.00 |
| 8 | Clerk Of The U.S. Bankruptcy Court - Dish Network | 7100-001 | N/A | 311.72 | 311.72 | 177.76 |
| 9 | B-Real, LLC | 7100-000 | N/A | 1,263.24 | 1,263.24 | 720.38 |
| 10 | Clerk Of The U.S. Bankruptcy Court - CHASE BANK, USA, | 7100-001 | N/A | 1,329.74 | 1,329.74 | 758.31 |
| 11 | Clerk Of The U.S. Bankruptcy Court - ComEd Company | 7100-001 | N/A | 824.52 | 824.52 | 470.20 |
| 12 | State Farm Bank | 7100-000 | N/A | 2,087.79 | 2,087.79 | 1,190.60 |
| 13 | JEFFERSON CAPITAL SYSTEMS LLC | 7100-000 | N/A | 1,149.62 | 1,149.62 | 655.59 |
| 14 | eCAST Settlement Corporation | 7100-000 | N/A | 439.09 | 439.09 | 250.40 |
| 15 | NICOR | 7100-000 | N/A | 719.71 | 719.71 | 410.43 |
| 16U | Wells Fargo Financial National Bank | 7100-000 | N/A | 779.81 | 0.00 | 0.00 |
| 17 | Roundup Funding, LLC | 7100-000 | N/A | 609.65 | 609.65 | 347.66 |
| 18 | The Old Second National Bank | 7100-000 | N/A | 218.15 | 218.15 | 124.40 |
| 19 | Clerk Of The U.S. Bankruptcy Court - Verizon Wireless | 7100-001 | N/A | 1,099.53 | 1,099.53 | 627.02 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $15,490.97 | $13,986.04 | $7,975.77 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-12390-BWB  
**Case Name:** SHERMAN, WILLIAM  
SHERMAN, PENELOPE  
**Period Ending:** 04/16/15

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 12/02/08 (c)  
**§341(a) Meeting Date:** 01/15/09  
**Claims Bar Date:** 07/02/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 237 HALLER AVENUE, ROMEOVILLE, IL | 210,000.00 | 0.00 | | 0.00 | FA |
| 2 | CHECKING ACCOUNT | 650.00 | 0.00 | | 0.00 | FA |
| 3 | FURNITURE | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 5 | PI CASE | Unknown | 35,000.00 | | 50,000.00 | FA |
| 6 | 2000 MERCURY MOUNTAINEER | 8,000.00 | 0.00 | | 0.00 | FA |
| 6 | Assets Totals (Excluding unknown values) | **$221,150.00** | **$35,000.00** | | **$50,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

FINAL APPROVED; DISTRIBUTION SENT ON 11/19/14; AWAITING CLEARANCE OF SAME; TDR TO FOLLOW

APRIL 3, 2009 SPECIAL COUNSEL EMPLOYED TO PURSUE PI CASE; WAITING FOR SETTLEMENT FUNDS TO CLOSE CASE; NOVEMBER 11, 2013 SETTLEMENT FUNDS RECEIVED. NOVEMBER 26, 2013 PAYMENT TO LIEN HOLDERS WERE ISSUED; RESOLVING CLAIM ISSUES; FINAL REPORT TO FOLLOW; FINAL HEARING 11/14/14;

**Initial Projected Date Of Final Report (TFR):** December 31, 2010    **Current Projected Date Of Final Report (TFR):** October 14, 2014 (Actual)

Page: 1

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 07-12390-BWB  
**Case Name:** SHERMAN, WILLIAM  
SHERMAN, PENELOPE  
**Taxpayer ID #:** **-***0251  
**Period Ending:** 04/16/15  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2366 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/11/13 | {5} | AMERICAN FAMILY INSURANCE | SETTLEMENT FUNDS | 1142-000 | 50,000.00 | | 50,000.00 |
| 11/26/13 | 101 | RATHBUN CSERVENYAK & KOZOL, LLC | FEES TO SPECIAL COUNSEL | 3210-600 | | 20,191.76 | 29,808.24 |
| 11/26/13 | 102 | PENNY SHERMAN | EXEMPTION TO DEBTOR AFTER PAYMENT OF LIENS | 8100-002 | | 5,024.39 | 24,783.85 |
| 11/26/13 | 103 | PRACTICE ALTERNATIVES | PAYMENT OF LIEN/ADVANCED HEALTH MED GRP/ZENITH MEDICAL MGMT | 4210-000 | | 1,556.97 | 23,226.88 |
| 11/26/13 | 104 | EMPOWER PHYSICAL THERAPY | PAYMENT OF LIEN | 4210-000 | | 3,047.20 | 20,179.68 |
| 11/26/13 | 105 | DR GARETH TRICHARDT | PAYMENT OF LIEN | 4210-000 | | 514.92 | 19,664.76 |
| 11/26/13 | 106 | ILLINOIS DEPT OF HEALTHCARE AND FAMILY SERVICES | PAYMENT OF LIEN - CASE NO 94-107-0000130595 | 4210-000 | | 870.92 | 18,793.84 |
| 11/26/13 | 107 | MSPRC | PAYMENT OF LIEN - MEDICARE #345627389A/CASE ID 201306609000042 | 4210-000 | | 2,485.60 | 16,308.24 |
| 11/26/13 | 108 | STATE FARM INSURANCE | PAYMENT OF LIEN | 4210-000 | | 1,500.00 | 14,808.24 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.95 | 14,772.29 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.49 | 14,716.80 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.16 | 14,686.64 |
| 02/03/14 | 109 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2013 FOR CASE #07-12390, BOND#016026455 | 2300-000 | | 12.32 | 14,674.32 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.72 | 14,652.60 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.31 | 14,630.29 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.44 | 14,607.85 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.00 | 14,586.85 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.27 | 14,566.58 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.04 | 14,543.54 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.21 | 14,523.33 |
| 11/19/14 | 110 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $5,247.56, Trustee Compensation;  Reference: | 2100-000 | | 5,247.56 | 9,275.77 |
| 11/19/14 | 111 | Law Offices of William J. Factor | Dividend paid 100.00% on $1,300.00, Attorney for Trustee Fees (Other Firm);  Reference: | 3210-000 | | 1,300.00 | 7,975.77 |
| 11/19/14 | 112 | WELLS FARGO FINANCIAL ILLINOIS, INC. | Dividend paid  57.02% on $1,054.56; Claim# 1; Filed: $1,054.56; Reference:<br>Voided on 12/20/14 | 7100-000 | | 601.38 | 7,374.39 |
| 11/19/14 | 113 | Charming Shoppes/Fashion Bug | Dividend paid  57.02% on $586.04; Claim# 2; Filed: $586.04; Reference:<br>Stopped on 03/09/15 | 7100-000 | | 334.20 | 7,040.19 |
| 11/19/14 | 114 | Capital One Bank | Dividend paid  57.02% on $667.53; Claim# 3; | 7100-000 | | 380.67 | 6,659.52 |

Subtotals :    $50,000.00    $43,340.48

{} Asset reference(s)    Printed: 04/16/2015 04:23 PM    V.13.21

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 07-12390-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | SHERMAN, WILLIAM | | Bank Name: | Rabobank, N.A. |
| | SHERMAN, PENELOPE | | Account: | ******2366 - Checking Account |
| Taxpayer ID #: | **-***0251 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 04/16/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Filed: $667.53; Reference: | | | | |
| 11/19/14 | 115 | Capital One Bank | Dividend paid  57.02% on $1,625.15; Claim# 4; Filed: $1,625.15; Reference: | 7100-000 | | 926.77 | 5,732.75 |
| 11/19/14 | 116 | Dish Network | Dividend paid  57.02% on $311.72; Claim# 8; Filed: $311.72; Reference: Stopped on 03/09/15 | 7100-000 | | 177.76 | 5,554.99 |
| 11/19/14 | 117 | B-Real, LLC | Dividend paid  57.02% on $1,263.24; Claim# 9; Filed: $1,263.24; Reference: | 7100-000 | | 720.38 | 4,834.61 |
| 11/19/14 | 118 | CHASE BANK, USA, N.A. | Dividend paid  57.02% on $1,329.74; Claim# 10; Filed: $1,329.74; Reference: Stopped on 03/09/15 | 7100-000 | | 758.31 | 4,076.30 |
| 11/19/14 | 119 | ComEd Company | Dividend paid  57.02% on $824.52; Claim# 11; Filed: $824.52; Reference: Stopped on 03/09/15 | 7100-000 | | 470.20 | 3,606.10 |
| 11/19/14 | 120 | State Farm Bank | Dividend paid  57.02% on $2,087.79; Claim# 12; Filed: $2,087.79; Reference: | 7100-000 | | 1,190.60 | 2,415.50 |
| 11/19/14 | 121 | JEFFERSON CAPITAL SYSTEMS LLC | Dividend paid  57.02% on $1,149.62; Claim# 13; Filed: $1,149.62; Reference: | 7100-000 | | 655.59 | 1,759.91 |
| 11/19/14 | 122 | eCAST Settlement Corporation | Dividend paid  57.02% on $439.09; Claim# 14; Filed: $439.09; Reference: | 7100-000 | | 250.40 | 1,509.51 |
| 11/19/14 | 123 | NICOR | Dividend paid  57.02% on $719.71; Claim# 15; Filed: $719.71; Reference: | 7100-000 | | 410.43 | 1,099.08 |
| 11/19/14 | 124 | Roundup Funding, LLC | Dividend paid  57.02% on $609.65; Claim# 17; Filed: $609.65; Reference: | 7100-000 | | 347.66 | 751.42 |
| 11/19/14 | 125 | The Old Second National Bank | Dividend paid  57.02% on $218.15; Claim# 18; Filed: $218.15; Reference: | 7100-000 | | 124.40 | 627.02 |
| 11/19/14 | 126 | Verizon Wireless | Dividend paid  57.02% on $1,099.53; Claim# 19; Filed: $1,099.53; Reference: Stopped on 03/09/15 | 7100-000 | | 627.02 | 0.00 |
| 12/20/14 | 112 | WELLS FARGO FINANCIAL ILLINOIS, INC. | Dividend paid  57.02% on $1,054.56; Claim# 1; Filed: $1,054.56; Reference: Voided: check issued on 11/19/14 | 7100-000 | | -601.38 | 601.38 |
| 03/09/15 | 113 | Charming Shoppes/Fashion Bug | Dividend paid  57.02% on $586.04; Claim# 2; Filed: $586.04; Reference: Stopped: check issued on 11/19/14 | 7100-000 | | -334.20 | 935.58 |
| 03/09/15 | 116 | Dish Network | Dividend paid  57.02% on $311.72; Claim# 8; Filed: $311.72; Reference: Stopped: check issued on 11/19/14 | 7100-000 | | -177.76 | 1,113.34 |
| 03/09/15 | 118 | CHASE BANK, USA, N.A. | Dividend paid  57.02% on $1,329.74; Claim# | 7100-000 | | -758.31 | 1,871.65 |

Subtotals :  $0.00  $4,787.87

{} Asset reference(s)  Printed: 04/16/2015 04:23 PM  V.13.21

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 07-12390-BWB  
**Case Name:** SHERMAN, WILLIAM  
SHERMAN, PENELOPE  
**Taxpayer ID #:** **-***0251  
**Period Ending:** 04/16/15

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2366 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 10; Filed: $1,329.74; Reference:<br>Stopped: check issued on 11/19/14 | | | | |
| 03/09/15 | 119 | ComEd Company | Dividend paid 57.02% on $824.52; Claim# 11;<br>Filed: $824.52; Reference:<br>Stopped: check issued on 11/19/14 | 7100-000 | | -470.20 | 2,341.85 |
| 03/09/15 | 126 | Verizon Wireless | Dividend paid 57.02% on $1,099.53; Claim#<br>19; Filed: $1,099.53; Reference:<br>Stopped: check issued on 11/19/14 | 7100-000 | | -627.02 | 2,968.87 |
| 03/09/15 | 127 | Clerk Of The U.S. Bankruptcy Court | UNCLAIMED FUNDS | | | 2,968.87 | 0.00 |
| | | | 334.20 | 7100-001 | | | 0.00 |
| | | | 177.76 | 7100-001 | | | 0.00 |
| | | | 758.31 | 7100-001 | | | 0.00 |
| | | | 470.20 | 7100-001 | | | 0.00 |
| | | | 627.02 | 7100-001 | | | 0.00 |
| | | | 601.38 | 7100-001 | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | **50,000.00** | **50,000.00** | **$0.00** |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | **50,000.00** | **50,000.00** | |
| Less: Payments to Debtors | | | 5,024.39 | |
| **NET Receipts / Disbursements** | | **$50,000.00** | **$44,975.61** | |

| | |
|---|---|
| Net Receipts : | 50,000.00 |
| Less Payments to Debtor : | 5,024.39 |
| Net Estate : | $44,975.61 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******2366** | 50,000.00 | 44,975.61 | 0.00 |
| | **$50,000.00** | **$44,975.61** | **$0.00** |

{} Asset reference(s)

Printed: 04/16/2015 04:23 PM    V.13.21